**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

JOHN D. WHEELER & ASSOCIATES,

    Plaintiff,

v.                                                                                                  No. 2:21-cv-743 GJF/KRS

DEFENSE HEALTH AGENCY

    Defendant.

**ORDER ADOPTING JOINT STATUS REPORT AND
PROVISIONAL DISCOVERY PLAN WITH MODIFICATIONS**

    At the Rule 16 scheduling conference held on January 12, 2022, the Court reviewed the parties' Joint Status Report and Provisional Discovery Plan, and adopted it as modified by the dates provided in the Court's Scheduling Order, filed concurrently with this Order.

    **IT IS SO ORDERED**.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE